In the Matter of the Claim of DELPHINE LAURO, Appellant. MARTIN P. CATHERWOOD, as State Industrial Commissioner, Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.